# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:11CV392-MOC-DSC

| | |
|---|---|
| RENETTA E. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| WAL-MART STORES, INC. and ) | |
| JAMES DICK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on "Defendants' Motion to Dismiss " (document #15), Plaintiff's "Voluntary Dismissal of Claims Regarding James W. Dick" (document #17) and "Reply to ... Motion to Dismiss [containing Motion for Leave to Amend]" (document #18), and the parties' associated briefs and exhibits (documents ##16, 18-1, and 19).

This matter was referred to the undersigned Magistrate Judge on May 16, 2011 pursuant to 28 U.S.C. § 636(b)(1), and these Motions are now ripe for consideration.

Having considered the record, authorities, and arguments, the Court grants Plaintiff's "Motion for Leave to Amend" (document #18). Plaintiff shall file her Amended Complaint against Defendant Wal-Mart within fifteen days of this Order.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

Accordingly, "Defendants' Motion to Dismiss " (document #15) is administratively **DENIED** as moot without prejudice.

**SO ORDERED.**                    Signed: October 31, 2011

David S. Cayer
United States Magistrate Judge